# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LYNLEE MICHELE ROWDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-18-342-SLP |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Bernard M. Jones entered December 3, 2018 [Doc. No. 22]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety. Plaintiff's Application for Award of Attorney Fees under the Equal Access to Justice Act [Doc. No. 19] is GRANTED in the amount of $2,140.20. Defendant is ordered to make the fees payable to Plaintiff as the prevailing party. If attorney's fees are also awarded under the Social Security Act pursuant to 42 U.S.C. § 406(b), Plaintiff's counsel shall refund the small award to Plaintiff as required by *Weakley v. Bowen,* 803 F.2d 575, 580 (10th Cir. 1986).

IT IS SO ORDERED this 19th day of December, 2018.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE